Miller Ice Company, appellant, v. George E. Crim, appellee. Gen. No. 40,554.

Opinion filed March 28, 1939.
Poorman & Poorman, for appellant. No appearance for appellee.
Mr. Presiding Justice Scanlan delivered the opinion of the court.

Mary Klenner, appellant, v. Aetna Life Insurance Company, appellee. Gen. No. 39,867.

Opinion filed March 28, 1939.
John Benedek, for appellant. Defrees, Buckingham, Jones & Hoffman, for appellee; Matthew Wills and William Ray Forrester, of counsel.
Mr. Justice J. J. Sullivan delivered the opinion of the court.

H. F. Bosten, appellee, v. Western United Gas and Electric Company, appellant. Gen. No. 40,403.

Opinion filed March 28, 1939.
Alschuler, Putnam & Johnson and Charles H. Pegler, for appellant; Edward F. Streit, of counsel. Beverly & Klaskin and Emerson C. Whitney, for appellee; A. A. Glaubach, of counsel.
Mr. Justice J. J. Sullivan delivered the opinion of the court.